BARNES, Respondent, v. SCHRODER, Appellant.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by George H. Barnes against Louis W. Schroder.
Wm. Stone, for appellant.
L. Godkin, for respondent.
No opinion. Order affirmed, with $10 costs and disbursements.

---

BRECK, Appellant, v. RINGLER, Respondent.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by Charles A. Breck against Frederick A. Ringler. From a judgment dismissing the complaint, plaintiff appeals.
Argued before O'BRIEN, FOLLETT and PARKER, JJ.

Calvin & Breck, for appellant.
Henry Daily, Jr., for respondent.

PARKER, J. The appellant presents for review a judgment entered on a dismissal of the complaint at the close of plaintiff's case. This determination of the court seems to have been required by the decision of the court of appeals in this action on review of a former judgment rendered in favor of the plaintiff. 129 N. Y. 656, 29 N. E. Rep. 833. The plaintiff has produced five additional witnesses on this trial, and proved several facts not in evidence on the former hearing, but the matters now for the first time proven are not of such a character as entitle the plaintiff to go to the jury under the construction which has been given to the contract. The judgment should be affirmed, with costs. All concur.

---

BRECKENRIDGE CO., Limited, Respondent, v. PERKINS et al., Appellants.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by the Breckenridge Company, Limited, against James D. Perkins and others.
C. C. Luther, for appellants.
D. Wilcox and W. B. Bristow, for respondent.
No opinion. Order affirmed, with $10 costs and printing disbursements.

---

CARD, Appellant, v. MEINCKE et al., Respondents.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by Frederick A. Card against Mary H. Meincke and another. From a judgment dismissing complaint, plaintiff appeals.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

L. Karge, for appellant.
F. W. Hinrichs, for respondents.

PER CURIAM. We see no reason for interfering with the conclusion arrived at by the learned judge below. The evidence of the plaintiff in regard to the amount necessary to support the defendant was entirely unsatisfactory and unreliable; the figures of the principal witness not by any means maintaining his conclusions. It seems to be apparent from the evidence which was introduced upon the part of the plaintiff that the amount received by the de-